ACCEPTED
12-14-00368-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/30/2014 5:15:26 PM
CATHY LUSK
CLERK

Appellate Docket Number:

Appellate Case Style: Style:  John Calvin Marshall

Vs.  State of Texas

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

12/30/2014 5:15:26 PM

CATHY S. LUSK
Clerk

Companion Case:

Amended/corrected statement:  ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court:

(to be filed in the court of appeals upon perfection of appeal under  TRAP 32)

| **I.  Appellant** | **II.  Appellant Attorney(s)** |
|---|---|
| First Name: John | ☒ Lead Attorney |
| Middle Name: Calvin | First Name: Forrest |
| Last Name: Marshall | Middle Name: Dean |
| Suffix: | Last Name: White |
| Appellant Incarcerated?  ☒ Yes  ☐ No | Suffix: |
| Amount of Bond: | ☐ Appointed        ☐ District/County Attorney |
| Pro Se:  ○ | ☒ Retained        ☐ Public Defender |
| | Firm Name: Dean White Attorney at Law |
| | Address 1: 690 West Dallas |
| | Address 2: |
| | City: Canton |
| | State: Texas        Zip+4: 75103 |
| | Telephone: (903) 567-4155    ext. |
| | Fax: (903) 567-4964 |
| | Email: dwatty@etcable.net |
| | SBN: 21299500 |
| | Add Another Appellant/ Attorney |

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: John | ☐ Lead Attorney |
| Middle Name: Calvin | First Name: Nolan |
| Last Name: Marshall | Middle Name: Dean |
| Suffix: | Last Name: White |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☐ Appointed   ☐ District/County Attorney |
| Pro Se: ◯ | ☒ Retained   ☐ Public Defender |
| | Firm Name: Nolan D. White Attorney at Law |
| | Address 1: 690 West Dallas |
| | Address 2: |
| | City: Canton |
| | State: Texas   Zip+4: 75103 |
| | Telephone: (903) 567-4155   ext. |
| | Fax: (903) 567-4964 |
| | Email: nwatty@etcable.net |
| | SBN: 24039238 |
| | Add Another Appellant/ Attorney |

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: | ☐ Lead Attorney |
| Middle Name: | First Name: |
| Last Name: | Middle Name: |
| Suffix: | Last Name: |
| Appellant Incarcerated? ☐ Yes ☐ No | Suffix: |
| Amount of Bond: | ☐ Appointed   ☐ District/County Attorney |
| Pro Se: ◯ | ☐ Retained   ☐ Public Defender |
| | Firm Name: |
| | Address 1: |
| | Address 2: |
| | City: |
| | State: Texas   Zip+4: |
| | Telephone:   ext. |
| | Fax: |
| | Email: |
| | SBN: |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

**III. Appellee**

First Name: State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated?  ☐ Yes  ☒ No

Amount of Bond:

Pro Se: ○

**IV. Appellee Attorney(s)**

☒ Lead Attorney

First Name: Chris

Middle Name:

Last Name: Martin

Suffix:

☐ Appointed  ☒ District/County Attorney

☐ Retained  ☐ Public Defender

Firm Name: Van Zandt County Criminal District Attorney

Address 1: 400 S. Buffalo

Address 2:

City: Canton

State: Texas  Zip+4: 75103

Telephone: (903) 567-4104  ext.

Fax: (903) 567-6258

Email: chrismartin@vanzandtcounty.org

SBN: 24050016

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Burglary

Type of Judgment: Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: October 3, 2014

Offense charged: Burglary with Intent to Commit Felony

Date of offense: April 23, 2011

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes  ☐ No

Was the trial by:  ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: December 30, 2014

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 25 Years TDCJ-ID

Is the appeal from a pre-trial order?  ☐ Yes  ☐ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes  ☐ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial:  ☒ Yes  ☐ No  If yes, date filed: October 29, 2014

Motion in Arrest of Judgment: ☒ Yes  ☐ No  If yes, date filed: October 29, 2014

Other:  ☐ Yes  ☐ No  If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed:  ☐ Yes  ☒ No  ☐ NA  If yes, date filed:

Date of hearing:  ☐ NA

Date of order:  ☐ NA

Ruling on motion:  ☐ Granted  ☐ Denied  ☐ NA  If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: 294th Judicial District Court

County: Van Zandt

Trial Court Docket Number (Cause no):     CR11-00070

Trial Court Judge (who tried or disposed of the case):

First Name: Teresa

Middle Name:

Last Name: Drum

Suffix:

Address 1: 121 E. Dallas

Address 2: Suite 301

City: Canton

State: Texas          Zip + 4: 75103

Telephone:     (903) 567-4422     ext.

Fax:     (903) 567-5652

Email:

Clerk's Record:

Trial Court Clerk:     ☒ District     ☐ County

Was clerk's record requested?     ☐ Yes  ☒ No

If yes, date requested:

If no, date it will be requested:     January 10, 2014

Were payment arrangements made with clerk?

☐ Yes  ☒ No  ☐ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?     ☒ Yes  ☐ No

Was reporter's record requested?     ☐ Yes  ☒ No

Was the reporter's record electronically recorded?     ☒ Yes  ☐ No

If yes, date requested:

Were payment arrangements made with the court reporter/court recorder?     ☐ Yes  ☒ No  ☐ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☐ Official               ☐ Substitute

First Name: Estella

Middle Name: T.

Last Name: Grisham

Suffix:

Address 1: 121 E. Dallas

Address 2: Suite 301

City:

State: Texas          Zip + 4:

Telephone:     (903) 567-4422     ext.

Fax:     (903) 567-5652

Email:

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: [                    ]                    Court: [                    ]

Style: [                                        ]

    Vs.   State of Texas

## X. Signature

_____

Signature of counsel (or Pro Se Party)                    Date: December 30, 2014

_____                          State Bar No: 21299500

Printed Name:

Electronic Signature: /s/ Dean White                     Name: Forrest Dean White
    (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on December 30, 2014 .

_____

Signature of counsel (or pro se party)                    Electronic Signature: /s/ Dean White
    (Optional)

State Bar No.: 21299500

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: December 30, 2014

Manner Served: eServe

First Name: Chris

Middle Name:

Last Name: Martin

Suffix:

Law Firm Name: Van Zandt County Criminal District Attorney

Address 1: 400 S. Buffalo

Address 2:

City: Canton

State: Texas Zip+4: 75103

Telephone: (903) 567-4104 ext.

Fax: (903) 567-6258

Email: chrismartin@vanzandtcounty.org